UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

ELVIN ALVAREZ CRUZ,

   Petitioner,

v.

KRISTI NOEM, et al.,

   Respondents.

Case No. 1:25-cv-03951-ABA

## ORDER

In consideration of the status report filed by the parties (ECF No. 8), and in light of the parties' agreement, it is hereby **ORDERED**:

1. that briefing in this matter is **STAYED** while Petitioner pursues a bond hearing in the Immigration Court; and

2. that the parties **SHALL FILE** a Joint Status Report on or before January 5, 2026, addressing the status of the bond hearing issue. If appropriate, the parties shall also include a proposed schedule for further proceedings.

This Order is without prejudice to Petitioner's entitlement to seek a bond hearing before an Immigration Judge and to pursue subsequent relief as he sees fit.

Dated: December 12, 2025

/s/
The Honorable Adam B. Abelson
United States District Judge