**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | |
|---|---|
| ELVIN ALVAREZ CRUZ, <br><br> Petitioner, <br><br> v. <br><br> KRISTI NOEM, et al., <br><br> Respondents. | Case No. 1:25-cv-03951-ABA |

**ORDER**

The Court is in receipt of the Parties' Joint Status Report ("JSR") at ECF 10 which was filed with the Court on January 4, 2026.

After consideration of the JSR, and the Order of the Immigration Judge dated December 17, 2025, which demonstrates that Petitioner was granted release on bond, the parties' previous submissions, and the entire record in this case, good cause having been shown, it is hereby:

1. ORDERED, that no further status reports are required or due; and it is further

2. ORDERED, that the Clerk of Court shall close this case.

Dated: January 7, 2026

/s/
The Honorable Adam B. Abelson
United States District Judge